# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| INNOVA SOLUTIONS, INC.,<br><br>           Plaintiff,<br><br>      v.<br><br>KATHY A. BARAN, in her official capacity as Director of the California Service Center for the United States Citizenship and Immigration Services,<br><br>           Defendants. | No. 5:17-cv-03674-HRL<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO APPEAR TELEPHONICALLY**<br><br>CONFERENCE DATE: Apr. 17, 2018<br>TIME: 1:30 p.m.<br>COURTROOM: San Jose Courthouse<br>                         Court Room 2, Fl. 5<br><br>Re: Dkt. 39 |

Defendant, Director Kathy A. Baran of the United States Citizenship and Immigration Services' ("USCIS") California Service Center, in her official capacity, hereby respectfully requests that her Counsel be permitted to appear telephonically for the April 17, 2018, Case Management Conference scheduled at 1:30 PM in San Jose, California before the Honorable Howard R. Lloyd. Defendant makes this request because, much like Plaintiff's counsel, Defendant's counsel is not located within the San Jose area (many of whom are located within the District of Columbia), and it would be highly burdensome for Government Counsel to attend the hearing in person. Furthermore, this Court tentatively approved this request at the prior hearing and has already granted Plaintiff's motion to the same effect (*see* ECF Nos. 36–37).

Therefore, neither party will be deleteriously affected by the relief requested herein. Nor will there be any additional burden placed upon this Court if Defendant's counsel is equally permitted to appear telephonically for the same Case Management Conference set for April 17, 2018.

DEFENDANT'S UNOPPOSED MOTION TO APPEAR TELEPHONICALLY
*Innova Solutions, Inc. v. Baran*
Case No. 5:17-cv-03674-HRL

1

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 305-0106

| | |
|---|---|
| DATED: April 16, 2018 | Respectfully submitted,<br><br>CHAD A. READLER<br>Acting Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director<br><br>SAMUEL P. GO<br>Senior Litigation Counsel<br><br>ELIZABETH D. KURLAN<br>Trial Attorney<br><br>JOSHUA S. PRESS<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 305-0106<br>Facsimile: (202) 305-7000<br>e-Mail:  joshua.press@usdoj.gov<br><br>*Attorneys for Defendants* |

**Request is granted.  Counsel shall arrange for appearance via CourtCall.**

Dated:  April 16, 2018

Howard R. Lloyd
United States Magistrate Judge

DEFENDANT'S UNOPPOSED MOTION
TO APPEAR TELEPHONICALLY
*Innova Solutions, Inc. v. Baran*
Case No. 5:17-cv-03674-HRL

2

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 305-0106